1465.  STATHAM v. SOUTHERN STATES LIFE INSURANCE CO. et al.

POWELL, J.  1. A party will not be permitted to sue upon a contract and
at the same time to allege that it is void because procured by fraud.
2. In the amendment tendered, the plaintiff sought to set up a new and
distinct cause of action.
3. The court did not err in refusing to allow the amendment tendered,
and in dismissing the petition, in accordance with the decision of this
court in the case when it was here on a former writ of error.  See So.
States Life Ins. Co. v. Statham, 4 Ga. App. 482 (61 S. E. 886).

                                              Judgment affirmed.

Complaint from city court of Americus—Judge Crisp.  Octo-
ber 17, 1908.

Argued December 10,—Decided December 22, 1908.

E. A. Hawkins, for plaintiff.

Jackson & Orme, Allen Fort & Son, for defendants.

---

1467.   GOSSETT v. CITY OF ATLANTA.

HILL, C. J. This court can not review a refusal to sanction an applica-
tion for certiorari, unless the petition for certiorari be incorporated in
the bill of exceptions, or otherwise verified by the trial judge as a part
thereof.  A petition for certiorari does not become a part of the record
until granted; and, therefore, if the error assigned in the bill of ex-
ceptions be the refusal of the court to grant the writ of certiorari, and
the petition for certiorari comes up in the record with no other identi-
fication than the usual certificate of the clerk, the writ of error will be
dismissed.  Hall v. State, 2 Ga. App. 437 (58 S. E. 558), and cases
there cited.                              Writ of error dismissed.

Motion to dismiss the writ of error.

Submitted December 8,—Decided December 22, 1908.

Morris Macks, F. M. Hughes, for plaintiff in error.

James L. Mayson, contra.